

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00404-CV

JOSEPH YAMMINE, Appellant

V.

EMAD TAQ, Appellee

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2022-005127-1)

§ October 19, 2023

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM